ORISKANY MALLEABLE IRON CO., Limited, Respondent, v. SKINNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the Oriskany Malleable Iron Company, Limited, against Henry J. Skinner. No opinion. Order affirmed, with $10 costs and disbursements.

OUSSANI, Appellant, v. OLFF, Respondent. (City Court of New York, General Term. January 18, 1898.) Action by Joseph Oussani against Louis Olff. The action was brought by the service of a summons. The defendant appeared. The complaint was served on May 31, 1898, and on June 17, 1898, the defendant served his verified answer. The action was brought to recover damages for injury to property, and on June 23, 1898, after the defendant had answered, an order of arrest was obtained, under subdivision 2, § 549, Code Civ. Proc. Charles G. F. Wahle, for appellant. A. Pincus and Abraham S. Levy, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PAKARCIK, Appellant, v. SHALER, Respondent. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Martin Pakarcik against Ira A. Shaler. No opinion. Judgment and order affirmed, with costs.

PALUMBO, Appellant, v. NORTON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by Donato Palumbo against William F. Norton and another. W. H. Knox, for appellant. A. Frank, for respondents. No opinion. Order affirmed, without costs.

PARKER v. LANCASHIRE INS. CO. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Samuel Parker against the Lancashire Insurance Company. No opinion. Motion granted, with $10 costs.

PASKA, Appellant, v. ARNOT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Selig Paska against Matthias H. Arnot and others. J. Levy, for appellant. E. G. Herendeed, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PATTERSON et al., Respondents, v. AUDAS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Loren L. Patterson and another against George E. Audas and another. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent, v. COCCAMISE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Proceeding by the people of the state of New York against Josephine Coccamise. No opinion. Appeal dismissed.

PEOPLE, Respondent, v. CRITELLIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Proceeding by the people of the state of New York against Thomas Critellia. No opinion. Judgment modified by striking therefrom the words, "Or stand committed to the Livingston county jail until paid, not exceeding 200 days," and, as modified, affirmed. See People v. Stock, 26 App. Div. 564, 50 N. Y. Supp. 483, affirmed. All concur, except WARD, J., not voting.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Proceeding by the people of the state of New York against James O. Smith. No opinion. Reargument ordered.

PEOPLE ex rel. BALLARD v. MOSS et al., (Supreme Court, Appellate Division, First Department. November 25, 1898.) Proceeding by the people of the state of New York, on the relation of James Ballard, against Frank Moss and others, commissioners. No opinion. Motion granted.

PEOPLE ex rel. BATCHELOR v. BACON. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Proceeding by the people of the state of New York, on the relation of George Batchelor, against Frank C. Bacon, clerk. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 409.

PEOPLE ex rel. BRONX GAS & ELECTRIC CO., Appellant, v. BARKER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Proceeding by the people of the state of New York, on the relation of the Bronx Gas & Electric Company, against Edward P. Barker and others. A. B. Cruikshank, for appellant. D. Rumsey, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 1020.

PEOPLE ex rel. DANIELS, Relator, v. KEARNY, Respondent. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Proceeding by the people of the state of New York, on the relation of John H. Daniels, against Henry S. Kearny, commissioner, etc. George F. Langbien, for relator. Theo. Connoly, for respondent. No opinion. Writ dismissed, and decision of commissioner affirmed, with costs.

PEOPLE ex rel. ECKERSON et al., Respondents, v. ZUNDEL et al., Appellants (four cases). (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Actions by the people of the state of New York, on the relation of J. Esler Eckerson and others, against Charles H. Zundel and others, as assessors, etc. No opinion. Motions to amend orders granted. See 54 N. Y. Supp. 1112.